# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CRIMINAL DOCKETING STATEMENT**
(To be completed by appellant)

1. Appellate Case Number: 23-3168    1a. Criminal Action Number: 21-CR-687 RC
2. Case Name: United States v. David Charles Rhine
3. Appellant's Name: David Charles Rhine
   3a. Appellant's Defendant No.: _____    3b. Appellant's Fed. Reg/PDID No. 73674-509
4. Date of conviction 04/24/2023    4a. Date of sentence 09/11/2023
5. Name of District Court Judge Honorable Rudolph Contreras
6. Date of Notice of Appeal Filed: 09/25/2023
7. Offense(s) of conviction: 18 USC 1752(a)(1) and (2), 40 USC 5104(e)(2)(D) and (2)(G)
8. Did appellant plead guilty?    ☐ Yes  ☒ No
9. What sentence was imposed? 4 mos. custody cts 1-4, concurrent; 2 yrs SR cts 1-2, concurrent; fine
10. How much of the sentence has appellant served? Paid fine
11. Is appellant challenging the conviction?    ☒ Yes  ☐ No
12. Is appellant challenging the sentence?    ☒ Yes  ☐ No
13. Has appellant filed a post-conviction motion?    ☐ Yes  ☒ No
    If yes, what motion, date filed, and disposition: _____
14. Is appellant incarcerated?    ☐ Yes  ☒ No
    If yes, where: _____
    If no, address: 3189 Rocky Pt Rd NW, Bremerton, WA 98312    Phone ( 360 ) 377-9583
15. Has appellant moved for release pending appeal in District Court?    ☐ Yes  ☒ No
    If yes, date filed _____ Disposition: _____
    If no, does defendant intend to file such a motion in the District Court?    ☒ Yes  ☐ No
16. Will appellant file a motion for release pending appeal in court of appeals?    ☒ Yes  ☐ No
17. Did appellant have court-appointed counsel in District Court?    ☒ Yes  ☐ No
18. Does counsel appointed in District Court wish to continue on appeal?    ☒ Yes  ☐ No
19. Did defendant have retained counsel in district court?    ☐ Yes  ☒ No
    If yes, will case proceed on appeal with retained counsel?    ☐ Yes  ☐ No
    If no, will appellant seek appointment of counsel on appeal?    ☒ Yes  ☐ No
    If no, has a motion to proceed in forma pauperis been filed?    ☐ Yes  ☒ No
20. Has counsel ordered transcripts?    ☒ Yes  ☐ No
21. If yes, from what proceedings: Evidentiary Hearing, Jury Selection, Trial, Sentencing
22. If yes, when will transcripts be completed? 09-14-2023
23. Did counsel seek expedited preparation of sentencing transcripts?    ☐ Yes  ☒ No

Signature /s/ Rebecca Fish for David Charles Rhine    Date 10-12-2023
Name of Party Rebecca Fish
Firm Address 1331 Broadway, Suite 400, Tacoma, WA 98402
Phone ( 253 ) 593-6710    Fax ( 253 ) 593-6714

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)