# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3168**                                    **September Term, 2023**

**1:21-cr-00687-RC-1**

**Filed On:** February 29, 2024

United States of America,

        Appellee

    v.

David Charles Rhine,

        Appellant

    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for release pending appeal, the opposition thereto, and the reply; and the unopposed motion to hold in abeyance, it is

**ORDERED** that the motion for release pending appeal be denied. To the extent that this appeal presents any substantial questions of law or fact, appellant has not shown that they are likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. See 18 U.S.C. § 3143(b)(1)(B). It is

**FURTHER ORDERED** that the motion to hold in abeyance be granted. The parties are directed to file motions to govern further proceedings within 30 days after issuance of the mandates in United States v. Nassif, No. 23-3069 (D.C. Cir. argued Sept. 29, 2023), and United States v. Griffin, No. 22-3042 (D.C. Cir. argued Dec. 4, 2023), whichever occurs later.

**Per Curiam**

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

           BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk